Mortimer S. Morris and Another, Copartners, etc., Respondents, v. Morris Alstedter, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Proving the Last Will and Testament of Mary F. Place, Deceased, etc. Annie M. Turner and Another, Appellants; Isaac T. Willis and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Bessie E. Brill, Respondent, v. Isidor C. Brill, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Knapp & French, Inc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Fred F. French and Another, Respondents, v. George E. Cummings Impleaded with Edward J. Knapp, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of James F. O'Brien, as Sheriff of the County of Bronx, Respondent, for a Writ of Mandamus against Samuel H. Ordway and Others, Comprising the Civil Service Commission of the State of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Clarke, P. J., and Laughlin, J., dissented.

In the Matter of Proving the Last Will and Testament of Magdalena Herrmann, or Magdalena Herman, Deceased, as a Will of Real and Personal Property. Adam Stein and Another, as Executors, etc., Appellants; Henry Leis and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

The Colonial Savings Bank and Trust Company, Respondent, v. Morton Truck and Tractor Company, Inc., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

John W. Rothenberg, Appellant, v. Bernard Greenthal, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; said costs and disbursements to be paid by the defendant's attorney personally. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Edward J. Walsh, Appellant, v. Mississippi Glass Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.